UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  No. 01-CR-80571

-vs-                                   Hon. Mark A. Goldsmith

D-1  MILTON "BUTCH" JONES,

        Defendant.
_____/

**STIPULATION TO EXTEND DEADLINE
FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S
<u>EMERGENCY MOTION FOR COMPASSIONATE RELEASE</u>**

The United States of America and defendant Milton "Butch" Jones, through his counsel Harold Gurewitz, hereby agree and stipulate as follows:

1. Defendant Milton "Butch" Jones is serving a 30-year sentence imposed in May 2008 by U.S. District Judge John Corbett O'Meara. Defendant's conviction arose from a large conspiracy to distribute cocaine and marijuana. He is currently incarcerated at the U.S. Medical Center for Federal Prisoners (MCFP) in Springfield, Missouri.

2. On December 10, 2020, defendant filed an *Emergency Motion for Compassionate Release Pursuant to § 3582(c)*. (ECF No. 844.) He contends that compassionate release is justified because of the coronavirus pandemic; two preexisting medical conditions, end stage renal disease and type 2 diabetes; and COVID-19 conditions at the MCFP.

3. On December 11, this Court issued an order requiring "the United States Attorney to file a response on or before December 16, 2020, along with all Burwau of Prison records (medical, institutional, administrative) relevant to this motion." (ECF No. 848.)

4. The AUSAs who handled the prosecution in this case, involving some 15 defendants, are no longer with the office. The undersigned AUSA was assigned to prepare the government's response to defendant's motion on Saturday, December 12.

5. Since then, the undersigned AUSA has requested records from the BOP and received a number of records. He has also received defendant's sealed exhibits from defense counsel. There are hundreds of pages of medical records. The undersigned AUSA has also been reviewing the relevant parts of the district court record, which begins with the filing of an indictment in 2001.

6. In light of the volume of materials that need to be reviewed in the course of formulating and drafting the government's response, the undersigned AUSA

needs a very brief extension of the deadline for the government's response, an extension of two days.

    7.  The parties agree that the deadline for the government's response should be extended from Wednesday, December 16, to Friday, December 18.

                        Respectfully submitted,

                        MATTHEW SCHNEIDER
                        *United States Attorney*

                        s/Stephen L. Hiyama
                        STEPHEN L. HIYAMA
                        Assistant United States Attorney
                        211 West Fort Street, Suite 2001
                        Detroit, Michigan  48226
                        phone  313-226-9674
                        e-mail stephen.hiyama@usdoj.gov
                        bar no. P32236

                        s/Harold Gurewitz
                        HAROLD GUREWITZ
                        Counsel for Milton "Butch Jones
                        Gurewitz & Raben, PLC
                        333 West Fort Street, Suite 1400
                        Detroit, Michigan  48226
                        phone  313-628-4733
                        e-mail hgurewitz@grplc
Date:  December 15, 2020          bar no. P14468

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 01-CR-80571

-vs-                                 Hon. Mark A. Goldsmith

D-1  MILTON "BUTCH" JONES,

        Defendant.
_____/

### ORDER EXTENDING DEADLINE FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE

This matter coming before this Court on the stipulation of the parties, for the reasons stated in the stipulation, it is hereby ordered that the government's deadline for filing its response to defendant's Emergency Motion for Compassionate Release Pursuant to § 3582(c) (ECF No. 844), be extended from Wednesday, December 16, 2020, to Friday, December 18, 2020.

SO ORDERED.

Dated:  December 15, 2020                s/Mark A. Goldsmith
       Detroit, Michigan                  MARK A. GOLDSMITH
                                                          United States District Judge