UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,               No. 01-CR-80571

-vs-                               Hon. Mark A. Goldsmith

D-1   MILTON "BUTCH" JONES,

               Defendant.

_____/

**STIPULATION TO POSTPONE DUE DATE
FOR GOVERNMENT'S BRIEF CONCERNING
<u>DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE</u>**

The United States of America and defendant Milton "Butch" Jones hereby

agree and stipulate as follows:

1.  On November 3, 2021, this Court issued an order relating to defendant's

pending motion for compassionate release. (ECF No. 876, PageID.6756.) The

order directed the parties to file new briefs, with defendant's being due on

December 1, 2021, and the government's being due on December 29, 2021.

2.  Defendant filed his brief on December 1. The parties agree and have informed the Court that there is good reason to postpone the due date of the government's brief by several weeks.

WHEREFORE, the parties request this Court to postpone the due date of the government's brief from December 29 to January 31, 2022.

Respectfully submitted,

DAWN N. ISON
United States Attorney

 s/Stephen L. Hiyama
STEPHEN L. HIYAMA
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan   48226-3220
phone:   313-226-9674
e-mail:   stephen.hiyama@usdoj.gov
bar no.:   P32236

s/Harold Gurewitz
HAROLD GUREWITZ
Counsel for Milton "Butch" Jones
Gurewitz & Raben, PLC
333 West Fort Street, Suite 1400
Detroit, Michigan  48226
Phone:   313-628-4733
e-mail:   hgurewitz@grplc
bar no.:   P14468

Date:  December 28, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                No. 01-CR-80571

-vs-                                 Hon. Mark A. Goldsmith

D-1  MILTON "BUTCH" JONES,

                Defendant.

_____/

**ORDER POSTPONING DUE DATE
FOR GOVERNMENT'S BRIEF CONCERNING
<u>DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE</u>**

This matter coming before this Court on the stipulation of the parties, for the

reasons stated in the stipulation, it is hereby ordered that the due date of the

government's brief be postponed from December 29, 2021, to January 31, 2022.

SO ORDERED.

Dated:  January 3, 2022                s/Mark A. Goldsmith
       Detroit, Michigan             MARK A. GOLDSMITH
                                 United States District Judge